AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF  NEVADA

JOHN HENRY PAGE,

    Plaintiff,

V.

JOHN SCOTT, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:07-CV-00287-BES-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that after conducting a *de novo* review of the record, the Court accepts and adopts the Magistrate Judge's recommendation (#66). IT IS HEREBY ORDERED that defendants' Motion for Summary Judgment (#45) is GRANTED.

   March 9, 2009                                        **LANCE S. WILSON**
                                                                       Clerk

                                                                   /s/ D. R. Morgan
                                                                       Deputy Clerk